AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KNOLL, INC. | ) | **12 CIV 0921** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| REGENCY SEATING, INC. and JOHN SUMMERVILLE | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Summerville
　　　　　　　　　　　　　　　　　　 2375 Romig Road
　　　　　　　　　　　　　　　　　　 Akron, Ohio 44320

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　GOTTLIEB, RACKMAN & REISMAN, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　270 Madison Avenue, 8th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016-0601

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: ___FEB 0 6 2012___　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __John Summerville__

was received by me on *(date)* __2/10/12__ .

☒ I personally served the summons on the individual at *(place)* __2375 Romig Rd Akron, OH 44320__
on *(date)* __2/13/12__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/13/12__

*Server's signature*

__Michael Fisher – Process Server__
*Printed name and title*

ProVest LLC
6155 Rockside Road, Suite 402
Independence, OH 44131

*Server's address*

Additional information regarding attempted service, etc:

# Affidavit of Service

UNITED STATE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CASE NO.12 CIV 0921
PLAINTIFF: KNOLL, INC
VS.
DEFENDANT: REGENCY SEATING, INC AND JOHN SUMMERVILLE

For: GOTTLIEB, RACKMAN & REISMAN, P.C

Received by Provest LLC on 2/10/12 @ 12:00 AM/PM
PARTY TO BE SERVED: JOHN SUMMERVILLE
MICHAEL FISHER - PVCLEV, Being first duly sworn on oath deposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of ProVest, LLC.

TYPE OF PROCESS: SUMMONS, COMPLAINT, US DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ELETRONIC CASE FILING RULES AND INSTRUCTIONS

(✓) Served  ( ) Non-Served the within named defendant on 2/13/12 @ 11:00 AM

ADDRESS WHERE ATTEMPTED OR SERVED: 2375 ROMIG ROAD
AKRON, OH 44320

(✓) PERSONAL SERVICE: I served the same by delivering a copy therof to the same personally.

( ) RESIDENTIAL SERVICE: I served the same on the above person by subserving _____
(Relationship) _____, a person of suitable age and discretion residing therin.

( ) CORPORATE OR GOVERNMENT SERVICE: I served the same on the above company, corporation etc. by delivering a copy to:
_____, whose position is (Title) _____

( ) NON-SERVICE For the reasons detailed in the comments below:

COMMENTS:

I hereby certify that I am not party to the above action or suit and I am over 18 years of age and the above affidavit is true and correct.
I have proper authority in the jurisdiction in which this service was made.

Signature of Process Server *Michael Fisher*

PROVEST, LLC
4520 SEEDLING CIRCLE
TAMPA, FL 33614-2400