**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KNOLL, INC.,

        *Plaintiff*,

    v.

REGENCY SEATING, INC. and
JOHN SUMMERVILLE,

        *Defendants*.

Case No. 12-CV-0921 (AKH) (KNF)

**FILED ELECTRONICALLY**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the entry of my appearance as counsel for defendants

Regency Seating, Inc. and John Summerville.

        SEED IP LAW GROUP PLLC

Dated: March 1, 2012

          s/  Michael J. Freno
        Michael J. Freno (MF 6969)
        701 Fifth Ave, Suite 5400
        Seattle, Washington 98101
        206.622.4900

        *Regency Seating, Inc. and John Summerville*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George Gottlieb
Marc P. Misthal
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, New York 10016
212.684.3900

*Attorneys for Plaintiff Knoll, Inc.*

s/  Michael J. Freno