UNITED STATES DISITRCT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KNOLL, INC.

        Plaintiff,                            Case No. 12-CV-0921 (AKH)

       v.                                     ECF CASE

REGENCY SEATING INC., and
JOHN SUMMERVILLE,

        Defendants,
-------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated April 26, 2012 and all prior papers and proceedings had herein, Plaintiff Knoll, Inc. ("Knoll") will move this Court, before the Honorable Alvin K. Hellerstein, at such date and time as set by the Court, for an order to strike Defendants' Counterclaims and Affirmative Defenses.

                                                Respectfully submitted,

                                                GOTTLIEB, RACKMAN & REISMAN, P.C.
                                                George Gottlieb (GG-5761)
                                                Marc P. Misthal (MM-6636)
                                                Barry R. Lewin (BL-0463)
                                                Attorneys for Plaintiff
                                                270 Madison Avenue
                                                New York, New York 10016
                                                (212) 684-3900

                                                By:_____

Dated:       April 26, 2012
                 New York, New York