UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNOLL, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>REGENCY SEATING, INC. and<br>JOHN SUMMERVILLE,<br><br>*Defendants.* | Civil Action No. 12-CIV-0921 (AKH)<br><br>ECF CASE<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiff's Request for Reconsideration of the Court's Ruling at the Hearing of May 23, 2013, and upon all the prior pleadings and proceedings had herein, the undersigned hereby moves this Court before the Hon. Alvin K. Hellerstein, United States District Judge, Southern District of New York, at Courtroom 14D, in the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on June 24, 2013 or as the Court may otherwise direct, for an Order:

a) Reversing the Court's finding that a prima facie case of fraud on the USPTO was made by defendants; and

b) Denying defendants' request that the attorney client be vitiated based on the crime fraud exception and that privileged documents be subject to disclosure.

Dated: New York, New York
June 6, 2013

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.

By: _____
George Gottlieb (GG-57617756)
ggottlieb@grr.com
Marc P. Misthal (MPM-6636)
mmisthal@grr.com
270 Madison Avenue
New York, New York 10016
(212) 684-3900 Tel.
(212) 684-3999 Fax
Attorneys for Plaintiff Knoll Inc.