# GOTTLIEB, RACKMAN & REISMAN, P.C.
### COUNSELORS AT LAW
PATENTS  TRADEMARKS  COPYRIGHTS  INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com  E-MAIL: info@grr.com

GEORGE GOTTLIEB
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN
MARC P. MISTHAL
STEVEN STERN
BARRY R. LEWIN

COUNSEL
DIANA MULLER*

*MEMBER OF THE BAR
OF ARGENTINA ONLY

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
JOSHUA R. MATTNEWS
ARIEL S. PEIKES
SAMANTHA G. ROTHAUS
JONATHAN M. PUROW

PATENT AGENT
ZOYA V. CHERNINA

OF COUNSEL
JAMES REISMAN




June 25, 2013

**VIA FACSIMILE (212) 805-7942**
Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  Knoll, Inc. v. Regency Seating, Inc. et al.
     **12-cv-0921-AKH**

Dear Judge Hellerstein:

Further to yesterday's hearing in the above referenced matter, enclosed please find the unredacted copy of the document requested by the Court. A redacted copy of the document is also enclosed.

It is Knoll's position that the redacted portions of the document are not in furtherance of any fraud and therefore production should not be ordered, for the following reasons.

First, the document is a privileged document as the writer, Carla Vrsansky, is an attorney at Buchanan Ingersoll who represents Knoll and was writing to Knoll executives and giving legal advice.

Second, the document is dated August 16, 2002, which is at least thirteen months before the filing of the trademark applications in question. Thus, any connection between the information in this e-mail and the filing of the applications is remote and speculative.

Third, and incorporating our prior arguments to the Court, there is no basis for finding that this document is in furtherance of any fraud.

Honorable Alvin K. Hellerstein
June 25, 2013
Page 2

Counsel is available for a phone conference to address this matter.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.

/MPM

George Gottlieb
ggottlieb@grr.com

GG/MPM
Encl.
cc: Michael J. Freno, Esq. (via facsimile w/o encls.)
 Michelle Mancino Marsh, Esq. (via facsimile w/o encls.)
 Marc P. Misthal, Esq.