# GOTTLIEB, RACKMAN & REISMAN, P.C.
COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

GEORGE GOTTLIEB
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN
MARC P. MISTHAL
STEVEN STERN
BARRY R. LEVIN

COUNSEL
DIANA MULLER

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
JOSHUA R. MATTHEWS
ARIEL S. PEIKES
SAMANTHA G. ROTHAUS
JONATHAN M. PUROW

PATENT AGENT
ZOYA V. CHERNINA

OF COUNSEL
JAMES REISMAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/13

July 3, 2013

RECEIVED JUL 03 2013 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

*The Clerk shall docket this letter. 7-3-13 A.K. Hellerstein*

**VIA FACSIMILE (212) 805-7942**
Honorable Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Knoll, Inc. v. Regency Seating, Inc. et al.
12-cv-0921-AKH**

Dear Judge Hellerstein:

We write to inform the Court that Knoll, Inc. ("Knoll") will not to seek interlocutory appellate review of the Court's order to produce certain attorney-client privileged documents reviewed by the Court at the hearing of June 24, 2013. Document Nos. 37, 44, 55, 57, 58 and 59 will be produced on or before July 12, 2013 to defendant's counsel in the form directed by the Court.

Knoll's decision to comply with the Court's order shall not be construed as an agreement with the Court's findings and interpretation of the law, nor as a waiver of any aspect of the attorney-client privilege. Indeed, Knoll reserves all of its rights including the right to object to any further encroachment of the attorney-client privilege and to appeal this and future rulings at the appropriate time.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.

George Gottlieb
ggottlieb@grr.com

GG/MPM

cc: Michael J. Freno, Esq. (via e-mail)
Michelle Mancino Marsh, Esq. (via e-mail)
Marc P. Misthal, Esq.

TOTAL P.02