# Kenyon&Kenyon

**Michelle Mancino Marsh**
Direct 212.908.6180
mmarsh@kenyon.com

Kenyon & Kenyon LLP
One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288



July 26, 2013



**By Hand**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: Knoll v. Regency Seating, Inc., et al No. 12-0921 (AKH) (KNF)

Dear Judge Hellerstein:

    The parties in the above referenced case jointly submit this letter seeking referral to mediation. The parties believe that referral to the Honorable Kevin N. Fox, U.S.M.J., to discuss potential settlement could advance this case.

    It is Regency's position that mediation should not prevent the completion of any permitted discovery or otherwise impede the progress of this action. Regency notes that there is no scheduling order or trial date in this action. It is also Knoll's position that mediation should not prevent the completion of any permitted discovery or otherwise impede the progress of this action.

Respectfully submitted,

Michelle Mancino Marsh

George Gottlieb / JSB

George Gottlieb

cc: Michael Freno, Esq. (co-counsel for Regency and Summerville)
Marc P. Misthal, Esq. (counsel for Knoll)